UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEW YORK, et al.<br><br>        Defendants. | Civil Action No.: 77-cv-343(NAM)<br><br>**ORDER** |

WHEREAS, on February 18, 2015, came on for consideration, the joint motion of the Plaintiff, the United States of America and the Defendants, State of New York, et al., for (1) an order finding that the Defendants have substantially complied with the objectives of the Final Decree ("Decree") that was entered by the Court on October 19, 1979; (2) an order dissolving the Decree, and all modifications thereof, in their entirety; and (3) an order dismissing the case;

WHEREAS, the United States filed a lawsuit against the State, alleging that the defendants were engaged in a pattern or practice of discrimination against "blacks, Spanish-surnamed Americans and women with respect to employment opportunities within the New York State Police" in the hiring and promotion of New York State Troopers, in violation of Title VII of the Civil Rights Act of 1964;

WHEREAS, the United States has determined that the State is in substantial compliance with the objectives of the Decree in that the State has cooperated fully with the United States in its efforts to develop and implement a written test that complies with federal law and the orders of this Court;

WHEREAS, the State has cooperated fully with the United States in its efforts to develop and implement a written test that complies with federal law and the orders of this Court;

WHEREAS, the State has implemented affirmative recruitment efforts designed to inform blacks, Hispanics and women of entry-level Trooper opportunities within the New York State Police and to secure qualified applicants;

WHEREAS, the United States is not aware of any other claims concerning the employment practices of the State that would be actionable under the Decree;

WHEREAS, the alleged pattern-or-practice violations of Title VII that the Decree sought to remedy over three decades ago, *i.e.*, the recruitment of and selection processes for State Troopers implemented by the State, have been addressed;

WHEREAS, the State's efforts over the years have resulted in significant improvement in the representation of all groups for which the Decree sought relief;

WHEREAS, the Court having considered the joint motion and being of the opinion, it should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Defendants have substantially complied with the objectives of the Decree that was entered by the Court on October 19, 1979.
2. The Decree, and all modifications thereof, are dissolved in their entirety.
3. The case is dismissed.

Dated: February 21, 2015
Syracuse, New York

Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Hon. Norman A. Mordue
Senior U.S. District Court Judge
Northern District of New York